Rel: December 12, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2025-2026

SC-2025-0245

Rita Parris v. Home Depot USA, Inc., and Mark Hamilton (Appeal from
Calhoun Circuit Court: CV-23-900297).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and McCool, JJ., concur.